UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES TINSON,

    Plaintiff,

v.     CASE NO.: 8:11-cv-2749-T-23TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

On October 22, 2012, Magistrate Judge Thomas G. Wilson issued a report (Doc. 17) (1) finding that the Commissioner failed to reasonably assess the plaintiff's cyclic vomiting syndrome and (2) recommending reversal of the Commissioner's decision and remand of this action for further proceedings. No party objects.

The report and recommendation (Doc. 17) is **ADOPTED**. Under 42 U.S.C. § 405(g), this action is **REVERSED** and **REMANDED** for further proceedings consistent with the report and recommendation. The Clerk is directed to (1) enter judgment in favor of the plaintiff and against the defendant, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on November 14, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE